**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Vernon Alvin LOUISVILLE, Jr.,**
**Defendant–Appellant.**

**No. 09–10285.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 13, 2010.*

Filed Sept. 27, 2010.

Vernon Alvin Louisville, Jr., pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Vernon Alvin Louisville, Jr. appeals pro se from the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for reduction of sentence. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Louisville contends his sentence does not reflect the reduction provided for in Amendment 706 of the United States Sentencing Guidelines. The district court properly denied the motion on the ground that Louisville had already received the benefit of the Guidelines amendment as he pleaded guilty and was sentenced after the amendment went into effect.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.